IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RITA HAISMAN                                                                     PLAINTIFF

vs.                                   No. 04-5087

DECATUR PUBLIC SCHOOLS                                   DEFENDANT

## ORDER OF DISMISSAL

This matter was brought before the Court on September 21, 2005, for a trial to a jury. A jury was selected and pronounced acceptable to the parties on that date.

Testimony was adduced from witnesses, and exhibits were presented, with counsel for the parties having stipulated to the admissibility of the exhibits.

Trial continued into September 22, 2005, with the issue in the case being submitted to the jury at 10:54 a.m. The jury returned with a verdict at 2:50 p.m., with the following question being answered "No":

> **INTERROGATORY 1:** Do you find from the greater weight of the evidence that Rita Haisman has proven her case of age discrimination as submitted in Instruction 9?

The jury having found in favor of the Defendant, the Decatur Public Schools, and against the Plaintiff, Rita Haisman, the Court hereby dismisses this case, with prejudice.

Each party is to bear its own costs.

Entered this 30 day of September, 2005.

JIMM LARRY HENDREN
United States District Judge

This document entered on docket in compliance with Rule 58 and 79(a), FRCP,
on 9-30-05 by CT

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 3 0 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK